# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF MAZOVIA | * | NO. 23-1130 |
| INVESTMENTS INC., AS OWNER, | * | |
| V.SHIPS ASIA GROUP PTE. LTD., | * | SECTION A |
| AS TECHNICAL MANAGER, V.SHIPS | * | |
| INDIA PVT. LTD., AS CREW MANAGER, | * | |
| AND  INTEROCEAN TRANSPORTATION | * | |
| INC., AS COMMERCIAL MANAGERS | * | |
| OF THE M/V SIROCCO, PETITIONING | * | JUDGE |
| FOR EXONERATION FROM | * | |
| OR LIMITATION OF LIABILITY | * | MAG 4 |
| *    *    *    *    *    *    *    * | | |

### ORDER APPROVING PETITIONER'S LETTER
### OF UNDERTAKING, DIRECTING ISSUANCE OF
### NOTICE AND RESTRAINING PROSECUTION OF CLAIMS

A Complaint having been filed hereon on 31 March 2023, by Mazovia Investments Inc., as owners, V.Ships Asia Group Pte. Ltd., as technical manager, V.Ships India Pvt. Ltd, as crew manager, and Interocean Transportation Inc., as commercial managers, of the M/V SIROCCO (collectively, "Petitioners"), for exoneration from or limitation of liability, pursuant to 46 U.S.C. §30501, *et seq*., and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules"), for any loss, damage, injury, or deaths caused, occasioned or occurring as a result of the incident occurring on 27 March 2023, when the SIROCCO broke away from the dock at Convent Marine Terminal on the Lower Mississippi River, all as more fully set forth in the Verified Complaint;

And the Verified Complaint having stated that the value of Petitioners' interest in the said vessel, her pending freight/charter hire at the end of such voyage and deduction of the estimated cost of repairs to the SIROCCO does not exceed TWENTY-ONE MILLION

SEVEN HUNDRED TWENTY-FOUR THOUSAND FIVE HUNDRED SIXTY-SEVEN AND 00/100 ($21,724,567.00) UNITED STATES DOLLARS, as set forth in Petitioners' Verified Complaint.

And Petitioners having submitted to the Court as security for the benefit of claimants, a Letter of Undertaking dated 31 March 2023, equal to the amount or value of Petitioners' interest in the said Vessel and the vessel's pending freight/charter hire, less the amount of estimated repairs to the SIROCCO, in the sum of TWENTY-ONE MILLION SEVEN HUNDRED TWENTY-FOUR THOUSAND FIVE HUNDRED SIXTY-SEVEN AND 00/100 ($21,724,567.00) UNITED STATES DOLLARS, with interest at six (6%) percent per annum from its date, executed by a duly authorized representative of the SIROCCO's protection and indemnity insurer, The Standard Club UK Ltd.

**NOW**, on motion of Murphy, Rogers, Sloss, Gambel & Tompkins, attorneys for Petitioners, it is **ORDERED** as follows:

1.     The Declaration of Value of Petitioners' interest in the SIROCCO after the 27 March 2023 incident and her pending freight/charter hire, less the amount of estimated repairs to the SIROCCO, in the combined amount not exceeding TWENTY-ONE MILLION SEVEN HUNDRED TWENTY-FOUR THOUSAND FIVE HUNDRED SIXTY-SEVEN AND 00/100 ($21,724,567.00) UNITED STATES DOLLARS, and the undertaking filed here by Petitioners, be accepted as stipulation for value for the purposes of the limitation proceedings and that they be approved as to form, quantum and surety.

2.     The above-described Letter of Undertaking deposited by the Petitioners with the Court for the benefit of claimants, in the sum of TWENTY-ONE MILLION SEVEN HUNDRED TWENTY-FOUR THOUSAND FIVE HUNDRED SIXTY-SEVEN AND

00/100 ($21,724,567.00) UNITED STATES DOLLARS, with interest as aforesaid, as security for the amount or value of the Petitioners' interest in the SIROCCO and her pending freight/charter hire, less the amount of estimated repairs to the SIROCCO, be and it is hereby approved.

3.	Any claimant who may properly become a party hereto may contest the amount or value of Petitioners' interest in the SIROCCO and her pending freight/charter hire, less the amount of estimated repairs to the SIROCCO, as fixed in the Declaration of Value, and may move the Court for a new appraisal of said interest, and may apply to have the amount increased or diminished, as the case may be, on determination of the Court for the amount of value of said interest.

4.	A notice shall be issued by the Clerk of this Court to all persons asserting claims with respect to which the Complaint seeks limitation admonishing them to file their respective claims with the Clerk of this Court in writing, and to serve on the attorneys for the Petitioners a copy thereof on or before the 1st day of ____July____ 2023, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on attorneys for Petitioners an answer to the Complaint on or before the said date, unless his claim has included an answer to the Complaint, so designated, or be defaulted.

5.	The aforesaid notice shall be published in the New Orleans Times Picayune/New Orleans Advocate once a week for four successive weeks prior to the date fixed for the filing of claims, as provided by the aforesaid Supplemental Admiralty Rule F and copies of the notice shall also be mailed in accordance with the said Rule F.

6.     The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against Petitioners, as aforesaid, against the SIROCCO, her officers and crews, against any property of Petitioners, or against Petitioners' employees or underwriters except in this action, to recover damages for or in respect of any loss, damage, injury, or death occasioned or incurred as a result of the incident on 27 March 2023, when the SIROCCO broke away from the dock at Convent Marine Terminal on the Lower Mississippi River, all as more fully set forth in the Complaint, be and it hereby is restrained, stayed and enjoined until the hearing and determination of this action.

7.     Service of this Order as a restraining order may be made through the Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively by hand delivery or e-mail.

New Orleans, Louisiana, this 4th day of _____ April _____ 2023.

_____
UNITED STATES DISTRICT JUDGE