UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF MAZOVIA INVESTMENTS INC., AS OWNER, V.SHIPS ASIA GROUP PTE. LTD., AS TECHNICAL MANAGER, V.SHIPS INDIA PVT. LTD., AS CREW MANAGER, AND INTEROCEAN TRANSPORTATION INC., AS COMMERCIAL MANAGERS OF THE M/V SIROCCO, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * | NO. 23-1130<br><br>SECTION A (4) |

\* \* \* \* \* \* \* \*

### NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

**NOW INTO COURT,** through undersigned counsel, come Mazovia Investments Inc., as owners, V.Ships Asia Group Pte. Ltd., as technical manager, V. Ships India Pvt. Ltd., as crew manager, and Interocean Transportation Inc., as commercial managers, of the M/V SIROCCO (collectively, "Petitioners") to submit the following Notice for publication:

> **IN THE MATTER OF MAZOVIA INVESTMENTS INC., AS OWNER, V.SHIPS ASIA GROUP PTE. LTD., AS TECHNICAL MANAGERS, V.SHIPS INDIA PVT. LTD, AS CREW MANAGER, AND INTEROCEAN TRANSPORTATION INC., AS COMMERCIAL MANAGERS OF THE M/V SIROCCO, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY**
>
> **CIVIL ACTION NUMBER 23-1130**
>
> **SECTION A (4)**
>
> Notice is given that the above-named Limitation Petitioners have filed a Complaint, pursuant to Sections 30501, *et seq*. of Title 46 of the United States Code (46 U.S.C. App. §30501, *et seq*.), for exoneration from or limitation of liability for all claims for any

loss, damage, injury, or deaths caused on 27 March 2023, when the SIROCCO broke away from the dock at Convent Marine Terminal in the Lower Mississippi River, occasioned or arising out of the incident occurring on that date, all as more fully set forth in the Complaint.

All persons having such claims must file their respective claims, as provided in Rule F, including paragraphs (4) and (5) thereof, of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Court House, 500 Poydras Street, New Orleans, Louisiana, and must serve a copy thereof on attorneys for Limitation Petitioners on or before the **1st day of July, 2023**, or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, the claimant shall file and serve on the attorneys for Limitation Petitioners an answer to the Complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

Date: __Apr 04 2023__

__Carol L. Michel__
Name of clerk of court

__[signature]__
Deputy clerk's signature

4856-0674-9786, v. 1