# CAPITAL CITY PRESS

## Publisher of
## THE ADVOCATE

## PROOF OF PUBLICATION

The hereto attached notice was published in THE ADVOCATE, a daily newspaper of general circulation published in Baton Rouge, Louisiana, and the Official Journal of the State of Louisiana, City of Baton Rouge, and Parish of East Baton Rouge or published daily in THE TIMES-PICAYUNE/THE NEW ORLEANS ADVOCATE, in New Orleans Louisiana or published daily in THE ACADIANA ADVOCATE in the following issues:

4/24/2023, 5/1/2023, 5/8/2023, 5/15/2023

_____

Joy Newman, Public Notices Representative

Sworn and subscribed before me, by the person whose signature appears above

17 May 2023

_____

M. Monic McChristian,

Notary Public ID#88293

State of Louisiana

My Commission Expires: Indefinite

Ad No: 34681



CeCe Funck
MURPHY ROGERS SLOSS GAMBEL & TOMPKINS
701 POYDRAS ST STE 400
NEW ORLEANS, LA 70139-7909

**PUBLIC NOTICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN THE MATTER OF MAZOVIA INVESTMENTS INC., AS OWNER, V.SHIPS ASIA GROUP PTE. LTD., AS TECHNICAL MANAGER, V.SHIPS INDIA PVT. LTD., AS CREW MANAGER, AND INTEROCEAN TRANSPORTATION INC., AS COMMERCIAL MANAGERS OF THE M/V SIROCCO, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NO. 23-1130
SECTION A
JUDGE
MAG. (4)

**NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

NOW INTO COURT, through undersigned counsel, come Mazovia Investments Inc., as owners, V.Ships Asia Group Pte. Ltd., as technical manager, V. Ships India Pvt. Ltd., as crew manager, and Interocean Transportation Inc., as commercial managers, of the M/V SIROCCO (collectively, "Petitioners") to submit the following Notice for publication:

IN THE MATTER OF MAZOVIA INVESTMENTS INC., AS OWNER, V.SHIPS ASIA GROUP PTE. LTD., AS TECHNICAL MANAGERS, V.SHIPS INDIA PVT. LTD, AS CREW MANAGER, AND INTEROCEAN TRANSPORTATION INC., AS COMMERCIAL MANAGERS OF THE M/V SIROCCO, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY

CIVIL ACTION NUMBER 23-1130

SECTION A (4)

Notice is given that the above-named Limitation Petitioners have filed a Complaint, pursuant to Sections 30501, et seq. of Title 46 of the United States Code (46 U.S.C. App. §30501, et seq.), for exoneration from or limitation of liability for all claims for any loss, damage, injury, or deaths caused on 27 March 2023, when the SIROCCO broke away from the dock at Convent Marine Terminal in the Lower Mississippi River, occasioned or arising out of the incident occurring on that date, all as more fully set forth in the Complaint.

All persons having such claims must file their respective claims, as provided in Rule F, including paragraphs (4) and (5) thereof, of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Court House, 500 Poydras Street, New Orleans, Louisiana, and must serve a copy thereof on attorneys for Limitation Petitioners on or before the 1st day of July, 2023, or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, the claimant shall file and serve on the attorneys for Limitation Petitioners an answer to the Complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

New Orleans, Louisiana, this _____ day of _____, 2023.

/s/ Carol L. Michel
Carol L. Michel, Clerk of Court
Date: Apr 04, 2023

34681-APR 24-MAY 1-8-15-4T

# CAPITAL CITY PRESS

## Publisher of
## THE ADVOCATE

## PROOF OF PUBLICATION

The hereto attached notice was published in THE ADVOCATE, a daily newspaper of general circulation published in Baton Rouge, Louisiana, and the Official Journal of the State of Louisiana, City of Baton Rouge, and Parish of East Baton Rouge or published daily in THE TIMES-PICAYUNE/THE NEW ORLEANS ADVOCATE, in New Orleans Louisiana or published daily in THE ACADIANA ADVOCATE in the following issues:

4/24/2023, 5/1/2023, 5/8/2023, 5/15/2023

*Joy Newman*

Joy Newman, Public Notices Representative

Sworn and subscribed before me, by the person whose signature appears above

17 May 2023

*M. Monic McChristian*

M. Monic McChristian,

Notary Public ID#88293

State of Louisiana

My Commission Expires: Indefinite



Ad No: 34684



CeCe Funck
MURPHY ROGERS SLOSS GAMBEL & TOMPKINS
701 POYDRAS ST STE 400
NEW ORLEANS, LA 70139-7909

PUBLIC NOTICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF MAZOVIA INVESTMENTS INC., AS OWNER, V.SHIPS ASIA GROUP PTE. LTD., AS TECHNICAL MANAGER, V.SHIPS INDIA PVT. LTD., AS CREW MANAGER, AND INTEROCEAN TRANSPORTATION INC., AS COMMERCIAL MANAGERS OF THE M/V SIROCCO, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NO. 23-1130
SECTION A
JUDGE
MAG. (4)

**NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

NOW INTO COURT, through undersigned counsel, come Mazovia Investments Inc., as owners, V.Ships Asia Group Pte. Ltd., as technical manager, V. Ships India Pvt. Ltd., as crew manager, and Interocean Transportation Inc., as commercial managers, of the M/V SIROCCO (collectively, "Petitioners") to submit the following Notice for publication:
IN THE MATTER OF MAZOVIA INVESTMENTS INC., AS OWNER, V.SHIPS ASIA GROUP PTE. LTD., AS TECHNICAL MANAGERS, V.SHIPS INDIA PVT. LTD, AS CREW MANAGER, AND INTEROCEAN TRANSPORTATION INC., AS COMMERCIAL MANAGERS OF THE M/V SIROCCO, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY

CIVIL ACTION NUMBER 23-1130

SECTION A (4)

Notice is given that the above-named Limitation Petitioners have filed a Complaint, pursuant to Sections 30501, et seq. of Title 46 of the United States Code (46 U.S.C. App. §30501, et seq.), for exoneration from or limitation of liability for all claims for any loss, damage, injury, or deaths caused on 27 March 2023, when the SIROCCO broke away from the dock at Convent Marine Terminal in the Lower Mississippi River, occasioned or arising out of the incident occurring on that date, all as more fully set forth in the Complaint.

All persons having such claims must file their respective claims, as provided in Rule F, including paragraphs (4) and (5) thereof, of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Court House, 500 Poydras Street, New Orleans, Louisiana, and must serve a copy thereof on attorneys for Limitation Petitioners on or before the 1st day of July, 2023, or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, the claimant shall file and serve on the attorneys for Limitation Petitioners an answer to the Complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

New Orleans, Louisiana, this ___ day of ___, 2023.

/s/ Carol L. Michel
Carol L. Michel, Clerk of Court
Date: Apr 04, 2023

34684-APR 24-MAY 1-8-15-4T