UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF MAZOVIA INVESTMENTS INC., AS OWNER, V.SHIPS ASIA GROUP PTE. LTD., AS TECHNICAL MANAGER, V.SHIPS INDIA PVT. LTD., AS CREW MANAGER, AND INTEROCEAN TRANSPORTATION INC., AS COMMERCIAL MANAGERS OF THE M/V SIROCCO, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * * | NO. 23-1130<br><br>SECTION A(4)<br><br><br><br>JUDGE ZAINEY<br><br>MAG. ROBY |

## ORDER NOTING DEFAULT

Considering the *Ex Parte* Motion for Order Noting Default filed by Limitation Petitioners,

**IT IS HEREBY ORDERED AND DECREED**, that all persons/entities claiming damages against the M/V SIROCCO for any loss, damage or injury arising out of or occurring as a result of the incident occurring on March 27, 2023, when the M/V SIROCCO, broke away from the dock at Convent Marine Terminal in the Lower Mississippi River, all as more fully set forth in the Complaint, who have not heretofore filed and presented a claim and answer, be and are hereby noted to be in default and are barred from filing any claim and answer in this or any other proceeding.

New Orleans, Louisiana, this __17th__ day of July_____ 2023.

_____
UNITED STATES DISTRICT JUDGE