UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF MAZOVIA INVESTMENTS INC., AS OWNER, V. SHIPS ASISA GROUP PTE. LTD., AS TECHNICAL MANAGER, V. SHIPS INDIA RVT. LTD., AS CREW MANAGER, AND INTEROCEAN TRANSPORTATION INC., AS COMMERCIAL MANAGERS OF THE M/V SIROCCO, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO: 23-1130<br><br>DISTRICT JUDGE JAY C. ZAINEY - SECTION A<br><br>MAGISTRATE JUDGE KAREN WELLS ROBY – DIVISION 4 |

### ORDER ON CONSENT MOTION FOR LEAVE TO FILE

**CONSIDERING** Claimant in Limitation Raven Energy, LLC's ("Raven") Consent Motion for Leave to File Out of Time Answer, Affirmative Defenses and Claim In Limitation beyond the Court-ordered monition date of July 1, 2023 (*see* Rec. Doc. 3), in response to the Verified Complaint in Limitation (Rec. Doc. 1) ("Limitation Complaint");

**AND FURTHER CONSIDERING** the good cause shown in Raven's motion and the consent of Limitation Petitioners, Mazovia Investments Inc., as owner, V.Ships Asia Group Ptd. Ltd., as technical manager; V.Ships India Pvt. Ltd., as crew manager; and Interocean Transportation Inc. as commercial managers, of the M/V SIROCCO;

**IT IS HEREBY ORDERED** that Raven's Motion for Leave is **GRANTED**, and that the Clerk of Court **SHALL ENTER** into the Record in this matter Raven's Answer and Affirmative Defenses and Claim in Limitation as its responsive pleadings to the Limitation Complaint (Rec. Doc. 1).

1/10/24

_____
United States District Judge